BRACHFELD AND SHEPPARD
ATTORNEY FOR THE PLAINTIFF
23586 CALABASAS RD, SUITE 103
CALABASAS, CA 91302
818-222-2868
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      COURT NO: 92A20675
        Plaintiff,

    v.                          DEFAULT JUDGMENT

ALONZO Q. CUMMINGS

        Defendant(s).



In the above-entitled action, an affidavit on behalf of plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from ALONZO Q. CUMMINGS the sum of $2,600.00 as principal, $943.74 as accrued prejudgment interest, $179.67 administrative charges, and $45.00 costs, plus $460.00 attorney fees for a total amount of $4,228.41, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: AUG 2 7 1992

                          LEONARD A. BROSNAN, CLERK
                          U.S. District Court
                          Central District of California

                          By: 
                              Deputy Clerk